```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

ROBERT ALAN POWER                                      CIVIL ACTION

VERSUS                                                 NUMBER: 07-7412

WARDEN BONITA PITTMAN, ET AL.                          SECTION: "I"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute pursuant to Local Rule 41.3.1E and Rule 41(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 28th day of March, 2008.

```
                                    LANCE M. AFRICK
                              UNITED STATES DISTRICT JUDGE
```